# United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares   314-244-7900
  Clerk of Court

April 30, 2019

**Richard C. Carrier**
**134 West Tulane Rd., Apt B**
**Columbus, OH 43202-1943**

Carrier v. Skepticon, Inc., et al

Case number: 4:19-cv-01059 JCH

Dear Richard C. Carrier,

On April 29, 2019, this Court received your complaint. Please be advised that the Court finds that you must submit a Notice of Process Server in order for service to be effected in your case pursuant to Local Rule 2.02(B) <u>Forms to Be Filed a Civil Case</u> and Rule 4 of the Federal Rules of Civil Procedures.  You must complete a Notice of Process Server form for each different process server you plan on using to effect service. Please find enclosed said form for you to complete and return a copy of each to the Court. Upon submission of the Notice of Process Server, summonses will be issued to you for service in this case.

Please use cause number **4:19-cv-01059 JCH** as a reference on your pleading.


GREGORY J. LINHARES
CLERK OF COURT

*By*: <u>/s/Jason W. Dockery</u>
    Deputy Clerk

Enclosure:
Notice of Process Server